AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| | |
|---|---|
| United States of America<br>v.<br><br>ELISEO ISRAEL ESCOBAR MARROQUIN,<br>a/k/a ELISEO ISREAL ESCOBAR MARROQUIN,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  8:25MJ208<br>)<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __March 26, 2025__ in the county of __Douglas__ in the _____ District of __Nebraska__ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry. |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

CARL L. WISEHART, ICE DO
Printed name and title

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 3/31/2025

_____
Judge's signature

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
Printed name and title

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ELISEO ISRAEL ESCOBAR MARROQUIN,<br>a/k/a ELISEO ISREAL ESCOBAR<br>MARROQUIN,<br><br>Defendant. | 8:25MJ208 |

### AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT
### FOR THE ARREST OF ALVARADO-NIETO, CHRISTIAN FERNANDO

I, Carl L Wisehart, being first duly sworn, hereby states that:

#### INTRODUCTION AND AGENT BACKGROUND

1. Your Affiant is a Deportation Officer for the United States Department of Homeland Security (DHS) Immigration and Customs Enforcement (ICE) with over eighteen (18) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your Affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2011. In that capacity, your Affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without a warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. 1357). This Affidavit is based

upon your Affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

## PROBABLE CAUSE

4. ELISEO ISRAEL ESCOBAR MARROQUIN, 200 586 680, also known as ELISEO ISREAL ESCOBAR MARROQUIN, (hereinafter "defendant") came to the attention of ICE officers in Nebraska via tip line referral. Records checks showed defendant was previously removed from the United Staes on two prior occasions. Defendant was arrested by ICE on March 26, 2025, in the District of Nebraska during a vehicle stop shortly after leaving his residence in Omaha, Nebraska. Defendant was transported to the immigration office in Omaha, Nebraska, for processing.

5. Defendant's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed defendant had been arrested by DHS previously.

6. As a result of the positive match of fingerprints, your Affiant was able to locate a unique alien registration file (A 200 586 680) relating to this defendant.

7. The defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Guatemala who was removed from the United States to Guatemala on December 21, 2017, and again on September 10, 2018, all pursuant to a final Immigration Judge Removal Order issued on November 6, 2017, in Omaha, Nebraska.

8. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States.

9. Your Affiant believes there is probable cause that defendant is in violation of Title 8, United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Your Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Carl L Wisehart, Deportation Officer
Immigration and Customs Enforcement

SUBSCRIBED and SWORN to before me by telephone or other reliable electronic means this 31st day of March, 2025.

_____
MICHEL D. NELSON
United States Magistrate Judge
District of Nebraska